**Ramon Zamora ELIAS, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–70282.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 10, 2011.*

Filed Jan. 21, 2011.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Edgardo Quintanilla, Esquire, Quintanilla Law Firm, INC., Sherman Oaks, CA, for Petitioner.

Daniel Eric Goldman, Esquire, Senior Litigation Counsel, Rebecca Ariel Hoffberg, Esquire, Trial, OIL, M. Jocelyn Lopez Wright, CAC–District Counsel, Esquire, Kristin Edison, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Ramon Zamora Elias, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his cancellation of removal application. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Mohammed v. Gonzales,* 400 F.3d 785, 791–92 (9th Cir.2005), and we deny the petition for review.

Zamora Elias cannot establish the good moral character required for cancellation

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

of removal because he participated in alien smuggling, *see* 8 U.S.C. §§ 1229b(b)(1)(B), 1101(f)(3), and the family unity waiver of inadmissibility under 8 U.S.C. § 1182(d)(11) is not available to aliens seeking to establish good moral character for the purposes of cancellation of removal, *see Sanchez v. Holder,* 560 F.3d 1028, 1030, 1032 (9th Cir.2009) (en banc).

**PETITION FOR REVIEW DENIED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).